IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-F-529 (BNB)

VALENTIN SOSKIN;
BEI DEI HOWE;
EVA ROSENTHAL;
VATCHAGAN TATEVOSIAN;
GINDA K. GELFAND;
YAKOV GELFAND;
DUBALE SHIBESHI; and
SARIN PERLMAN, on their own behalf and on Behalf of All Others Similarly Situated,

      Plaintiffs,

v.

KAREN REINERTSON, in her official capacity as Executive Director of the
Colorado Department of Health Care Policy and Financing,

      Defendant.

---

**ORDER TO VACATE DEADLINE DATES AND
SET DATE FOR DISMISSAL PAPERS**

---

THE COURT, having learned of the parties' telephone call to the chambers of the Magistrate Judge on June 24, 2005 indicating a settlement of this matter, hereby VACATES all deadline dates previously set. In light of the settlement, the parties are directed to file dismissal papers no later than August 8, 2005.

      DATED: June 24, 2005

                                                  BY THE COURT:

                                                s/ Phillip S. Figa
                                                _____
                                                Phillip S. Figa
                                                United States District Judge